NO. 07-06-0074-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JULY 24, 2006
_____

MARIA DIAZ, APPELLANT

V.

SOUTHWEST AIRLINES CO., APPELLEE
_____

FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;

NO. 92,456-B; HONORABLE JOHN BOARD, JUDGE
_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Maria Diaz perfected an appeal from a summary judgment in favor of appellee Southwest Airlines Co. in her negligence suit against it.  The parties have filed an agreed motion asserting they have entered a settlement agreement.  The motion requests this court set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of a judgment in accordance with the parties' agreement.  This disposition is authorized by Rules of Appellate Procedure 42.1(a)(2)(B) and 43.2(d).  Finding the motion complies with the requirements of Rules 6.6 and 42.1(a), we vacate the

judgment of the trial court and remand for rendition of judgment in conformity with the parties' agreement.

Having disposed of this appeal at the parties' express request, we will not entertain a motion for rehearing and our mandate shall issue forthwith.

Per Curiam